JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SEAN GORECKI,
Plaintiff,

v.

HOBBY LOBBY STORES, INC. an
Oklahoma corporation, and DOES 1-
10, inclusive,
          Defendants.

Case No.: 2:17-CV-01131 JFW (SKx)

**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Sean Gorecki ("Plaintiff") and Hobby Lobby Stores, Inc., the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:     October 24, 2017

_____
UNITED STATES DISTRICT COURT JUDGE